[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12743
Non-Argument Calendar
_____

D.C. Docket No. 1:17-cr-00346-TCB-CMS-8

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEON MARTINEZ-FLORES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 24, 2020)

Before WILSON, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Albert Norton, Jr., appointed counsel for Leon Martinez-Flores in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martinez-Flores's conviction and sentence are **AFFIRMED**.